USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First Circuit ____________________No. 97-1657 UNITED STATES, Appellee, v. COLLIER VAZQUEZ-CARDONA, A/K/A CHINCO, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Jos Antonio Fust, U.S. District Judge] ____________________ Before Torruella, Chief Judge, Lynch and Lipez, Circuit Judges. _____________________ Gabriel Hern ndez-Rivera, by appointment of the Court, forappellant. Grace Chung Becker, Trial Attorney, Narcotic and DangerousDrug Section, Criminal Division, U.S. Department of Justice, withwhom James K. Robinson, Assistant Attorney General, CriminalDivision, U.S. Department of Justice, and Theresa M.B. Van Vliet,Chief, Narcotic and Dangerous Drug Section, Criminal Division, U.S.Department of Justice, were on brief, for appellee. ____________________ November 10, 1998 ____________________ Per Curiam. This is an appeal from a sentence imposedafter defendant pled guilty pursuant to an agreement. Defendant-appellant argues on appeal that the sentence was in error in thathe was a minor participant and should therefore have been given atwo point reduction in his Base Offense Level. Assuming dubitante that there is any jurisdiction overthis appeal in light of defendant's agreement that the Base OffenseLevel would be 36 and he would be entitled to no other reductionthan the three level adjustment for acceptance of responsibility,we nonetheless affirm. There is adequate evidence that thedefendant was not a minor participant.